IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff, 　　　　　)<br>　　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>Jason Miller Speed, 　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendant. 　　　　)  | **COURT MINUTES - CRIMINAL**<br>　BEFORE:　DOUGLAS L. MICKO<br>　　　U.S. Magistrate Judge<br><br>Case No:　　　　　24-mj-129 DLM<br>Date:　　　　　　March 8, 2024<br>Court Reporter:　　Paula Richter<br>Courthouse:　　　St. Paul<br>Courtroom:　　　6B<br>Time Commenced:　11:04 a.m.<br>Time Concluded:　11:55 a.m.<br>Time in Court:　51 minutes |

　　　X  **PRELIMINARY/DETENTION HRG**
　　　　Time in Court Prelim/Det: 6 minutes/45 minutes

APPEARANCES:

　Plaintiff:　William Mattessich, Assistant U.S. Attorney
　Defendant:　Paul C. Engh
　　　　　　X CJA

On X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:
-Defendant waives the preliminary hearing.
-Jacquelyn Kvilhaug testified.
-Defendant remains in the custody of the USM until notified by Pretrial and Probation Services that a halfway house bed is available.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/*Ashley Nelson*
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy